Dear Clerk of Criminal Appeals

42,208-01

My name is Frederick Denayne Malone #1533349 and I am member of Brotherhood of Light under Church of Light and both under, this Wonderful Religion called: The Religion of the Stars. Membership No. 103824 My Card S.

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 02 2015

Abel Acosta, Clerk

Magical Formula: Jod. He. Vau. He
Personal: 12. 1. 2. 3

I am writing to you because I think and I feel that you are master of your Kingdom and the ruler of your Kingdom.
I am writing to you under First House: This House rules the personality, personal life and concerns, the way you express yourself, domestic issue and problems.

I am writing on the "Behalf" of my Baby Brother Laray Malone Jr. #1815406. I am writing to you because I feel Laray Malone Jr. have been denied of his Due Process Rights of Fairness and Justice, and I think and I feel thats not right. I love my Brother and I have never know my Brother to Hurt a woman or child in my life. I feel that the Higher minds are over looking that the Courts have convicted my Brother for the wrong charge and failure to have a victim or victims on a Indictment to convicted Laray Malone Jr.
I feel, I love my Brother and my Sister to leave Home at the Age 13 or 14 old, and I have sleep under Freeway to make it easy for my Father. It had to be 45 to 50 degree outside

- 1 -

My Father raise 3 children by His-self, but He would always threaten us that He go leave us one day. I can Hear my Grandmother telling me to always look after my Brother and sister and my grandmother always gave me love and kissess. My Father Mother was in the light and the love she gave me, I feel I Have to give that to my Brother and Sister also the other people.

Most of my life, we Have been in pain, but I think and I feel I Have took most of their pain for them. Because I feel when my Brother or Sister feel pain or in pain it Hurt me more so I feel I always feel it was my Job to take they pain for them.

I feel, I Have learn How to take pain from my Grandmother which is my Father.

How to turn pain into Gold and sweeten the Gold with Honey. I feel I Have always love life in a way that some people do "Not" know How.

I am asking you for your truly spiritual Help to Help me to Help Brother by Re-open His 11.07 Application. I feel you are the only spiritual sister I Have and will Help Brother and Grant His Mottons I Have filed on His Behalf.

I am asking your truly spiritual Help To Allow me to use Burn spiritual metal and Alchemical Transmutation Formula to **Help others**

I feel, its within me to be a workman to do God's Great Plan to Help others and to love all His creation in life form.

STATES CLEARLY: A SOUL IS COMPLETELY MORAL WHEN IT IS CONTRIBUTING ITS UTMOST TO COSMIC WELFARE:

STATES CLEARLY: EMBRACES ALL SOULS IN THE UNIVERSE, IT MUST CONSIDER THE UNIVERSAL ORGANIZATION, THE COSMIC ORGANIZATION, AS A COMPLETE UNITE, THE WELFARE OF WHICH AS A WHOLE MUST INSURE THE HIGHEST WELFARE OF ITS COMPONENT PARTS, JUST AS THE TRUE WELFARE OF A NATION SECURES THE HIGHEST WELFARE TO THE INDIVIDUAL EMBRACED WITHIN THE NATION.

STATES CLEARLY: SPIRITUAL SIDE OF THE PLANET PLUTO, RE-VERSE ~~Association~~ THE MOTIVE AND RESPONSE FROM ITS SO THAT BEHIND ALL ACTION IS THE THOUGHT, NOT HOW MUCH I CAN RECEIVE, BUT HOW MUCH I CAN GIVE.

"Southern Crown"

STATES CLEARLY ~~and to Association~~ NATURE OF THE CROWN WHICH IS GAINED AS A REWARD FOR THE VICTORY, ALL ARE MENTIONED IN REVELATION 2:10: FEAR NONE OF THESE THINGS WHICH THOU SHALT SUFFER; BEHOLD, THE DEVIL SHALL CAST SOME OF YOU INTO PRISON, THAT YE MAY BE TRIED; AND YE SHALL HAVE TRIBULATION TEN DAYS: BE THOU FAITHFUL UNTO DEATH, AND I WILL GIVE THEE A CROWN OF LIFE.

~~Association~~ IT IS ALSO MENTIONED IN 1 PETER IN A MANNER WHICH MAKES ITS SIGNIFICANCE OBVIOUS: "FEED THE FLOCK OF GOD WHICH IS AMONG YOU, TAKING THE OVERSIGHT THEREOF, NOT BY CONSTRAINT, BUT WILL-INGLY; NOT FOR FILTHY LUCRE, BUT OF A READY MIND; NEITHER BE LORDS OVER GODS HERITAGE, BUT BEING EXAMPLES TO THE FLOCK. AND WHEN THE CHIEF SHEP-HERD SHALL APPEAR, YE SHALL RECEIVE A CROWN OF GLORY THAT FADETH NOT AWAY."

THESE TWO ~~Books~~ BIBLE COMMENTARIES ON THE NATURE OF THE WORK BY WHICH SOUTHERN CROWN ~~and~~ I AM QUITE CLEAR THAT FORCE AND COMPULSION WHICH ARE

-3-

TYPICAL OF THE INVERSIVE SIDE OF PLUTO) ARE TO BE AVOIDED.

I FEELING THAT I HAVE DEVOTED MY LIFE TO HELPING OTHERS TO THE UTMOST EXTENT (TO FEEDING THE FLOCK AS PETER STATES IT) BUT NOT BECAUSE OF EXPECTED RECOMPENSE – AND FILTHY LUCRE – BUT OF A READY MIND THAT IS, BECAUSE THERE IS A DEEP AND ABIDING DESIRE TO BENEFIT TO THE UTMOST ALL WITH WHOM THERE IS CONTACT.

## "SEVEN SPIRITUAL METALS"

| ELECTRONS | PROTONS |
|---|---|
| #82  +3 | 53  #29 +50 |
| LEAD Pb | COPPER CO |
| 207.2 | 63.546 |
| #50  -29 | -30  #80 - ' |
| TIN SN | MERCURY Hg |
| 118.71 | 200.59 |
| #26  - 53 | -21  #47 +32 |
| IRON FE | SILVER Ag |
| 55.845 | 107.8682 |

Z

Gold Au
#79  196.96657

## "ALCHEMICAL TRANSMUTATION FORMULA"

$(Pb - Au) + (Sn - Au) + (Fe - Au) = 3Au$

$(Pb - Co) + (Sn - Hg) + (Fe - Ag) = Z$

$(-Z) + (Au - Co) + (Au - Hg) + (Au - Ag) = Au$

<u>STATES CLEARLY</u>: THIS TRUTH IS THE Philosopher's STONE.

<u>NOTE</u>: I FEEL THAT THE Philosopher's STONES IS WITHIN All, But I THINK AND I FEEL WE HAVE BEEN ABUSED MENTAL TO UNDERSTAND WHAT IS Gold, FEELING OR LOVE. AN, I FEEL LOVE IS SO POWERFULL THAT, IT CAN BRING PAIN THAT NO HUMAN CAN EXPLAIN, but I FEEL by ME STUDY ENOCH FURTHER THEN SOME. I FEEL THAT ENOCH WERE Loved ~~GREATFULLY BY God~~ Him self, AND I FEEL I HAVE TO GIVE THAT SAME LOVE THAT ENOCH RECEIVE FROM God To others. I FEEL ENOCH WAS (NOT) SPOILED HE WAS TRULY LOVED ~~xxxxxxxxxxxxxxx~~ by God.

So shall it be...

LIFE Light AND LOVE

Frederick Malم

12-17-14

